UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EUGENE DiMATTEO,                                              Case No. 13 CV 8451-PAC

                Plaintiff,

   - against -
                                                     **NOTICE OF MOTION**

SWEENEY, GALLO, REICH & BOLZ, LLP,
DAVID GALLO,

                Defendants.
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the accompanying memorandum of law and the Declaration of David A. Gallo sworn to the 14th day of February, 2014, including all exhibits appended thereto, defendants Sweeney, Gallo, Reich & Bolz, LLP and David Gallo will make a motion, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, before Judge Paul A. Crotty, District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an order dismissing the first and second causes of action of the Complaint filed herein; and such other and further relief as may be just and proper.

Dated:        February 14, 2014

                                                    Respectfully submitted,

                                                    SWEENEY, GALLO, REICH & BOLZ, LLP
                                                    By: _____
                                                    Rashel M. Mehlman, Esq. (RM-7197)
                                                    Attorneys for Defendants
                                                    95-25 Queens Boulevard
                                                    Rego Park, New York 11374
                                                    (718) 459-9000

TO:

Schlanger & Schlanger, LLP
Attorneys for Plaintiff
343 Manville Road
Pleasantville, NY 10570
Attn: Elizabeth Shollenberger, Esq.