```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EUGENE DIMATTEO,

                Plaintiff,

        -against-

SWEENEY, GALLO, REICH & BOLZ, LLP
and DAVID A GALLO, ESQ.,
                Defendants.
------------------------------------------------------------X

13 **CIVIL** 8451 (PAC)

**JUDGMENT**

        Defendants having moved to dismiss the Complaint, and the matter having come before the Honorable Paul A. Crotty, United States District Judge, and the Court, on September 9, 2014, having rendered its Memorandum and Order granting Defendant's motion to dismiss the Complaint, dismissing Plaintiff FDCPA's claim under Fed. R. Civ. P. 12 (b)(6), the Court declines to exercise supplemental jurisdiction over the New York Judiciary Law claim, and directing the Clerk of the Court to close this case, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 9, 2014, Defendant's motion to dismiss the Complain is granted; Plaintiff's FDCPA claim is dismissed under Fed. R. Civ. P. 12(b)(6), and the Court declines to exercise supplemental jurisdiction over the New York Judiciary Law claim; accordingly, the case is closed.

**Dated:** New York, New York
            September 12, 2014

                                                RUBY J. KRAJICK
                                                  Clerk of Court
                                       BY:

                                                    Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____