# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

EUGENE DiMatteo
(List the full name(s) of the plaintiff(s)/petitioner(s).)

13 CV 8451 (PAC)( )

-against-

**NOTICE OF APPEAL**

Sweeney, Gallo, Reich & Bolz, LLP
and David A. Gallo, Esq.
(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: EUGENE DiMatteo

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☒ judgment ☐ order entered on: September 12, 2014
(date that judgment or order was entered on docket)

that: dismissed the complaint

(If the appeal is from an order, provide a brief description above of the decision in the order.)

October 6, 2014
Dated

Elizabeth Shollenberger
Signature    Attorney for EUGENE DiMatteo

Shollenberger, Elizabeth A.
Name (Last, First, MI)

343 Manville Road, Pleasantville, NY 10570
Address    City    State    Zip Code

(914) 946-1981 x103    elizabeth.shollenberger@schlangerlegal.com
Telephone Number    E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13